AO 106 (Rev. 01/09) Application for a Search Warrant
Case 7:14-mj-01639 Document 1 Filed in TXSD on 08/25/14 Page 1 of 5
United States District Court
Southern District of Texas
FILED
AUG 25 2014
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. M-14-1639-M
U.S. Mail Parcel )
See Attachment A )
)

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the ___Southern___ District of ___Texas___ *(identify the person or describe property to be searched and give its location)*:

   U.S. Mail parcel, see Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

   contraband, , narcotics, narcotics paraphernalia or proceeds

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
   ☑ evidence of a crime;
   ☑ contraband, fruits of crime, or other items illegally possessed;
   ☑ property designed for use, intended for use, or used in committing a crime;
   ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of __21__ U.S.C. § __841(a)(1), 843__, and the application is based on these facts:

   Attachment B

   ☑ Continued on the attached sheet.
   ☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Fernando L. Cepeda, Postal Inspector
*Printed name and title*

OK to file. TW

Sworn to before me and signed in my presence.

Date: August 25, 2014

*Judge's signature*

City and state: McAllen, Texas          Peter Ormsby, U.S. Magistrate Judge
*Printed name and title*

ATTACHMENT A

**Priority Mail Parcel, USPS Tracking number, 9114 9011 8986 6063 4636 92, measuring approximately 3" X 12" X 10" addressed to: Hilman Residence, 201 Moury Ave Apt 115, Atlanta, GA 30315, bearing a return address of: LT Boswell Inc., 1401 U.S. 77 Business, San Benito, Tx 78586.**

## ATTACHMENT B

**COUNTY OF HIDALGO**       *

                                      *

**STATE OF TEXAS**            *

I, Fernando Cepeda, having been duly sworn, do hereby depose and state:

1. I am a United States Postal Inspector, currently assigned to the Houston Division, McAllen Domicile. As part of my duties I investigate offenses involving the US Mail, to include narcotics shipped via the US Mail. As a Prohibited Mailing Specialist, I investigate the use of the U. S. Mails to illegally mail and receive controlled substances and drug trafficking instrumentalities, in violation of Title 21, United States Code, Sections 841 (a) (1), 843 (b), 846, 853 (a), and 881 (a) (6). I have participated in investigations, which have resulted in the arrest of individuals who have received and distributed controlled substances, as well as the seizure of the illegal drugs and proceeds from the sale of those illegal drugs.

2. Investigations by Postal Inspectors and other federal, state and local law enforcement officials indicate that the area of South Texas, sometimes referred to as "the Valley," is a significant crossing point for illegal drugs into the United States of America. The U. S. Postal Service is one of the means used for transporting both the illegal controlled substances and the money used to pay for those illegal controlled substances. Numerous parcels found to contain illegal controlled substances have been mailed from the Texas Rio Grande Valley for delivery in other cities in the United States.

3. From my training and experience, I know that illegal transactions in controlled substances are typically conducted with United States Currency. United States Currency is used to pay for illegal controlled substances because of the readily identifiable value and because of the difficulty in tracing currency transactions. As a result, large quantities of Unites States Currency are a "tool of the trade" of illegal drug trafficking and the presence of a large quantity of United States Currency is an indicator of drug trafficking activity.

4. The U. S. Postal Inspection Service conducts a continuous drug interdiction program at the McAllen, TX, Processing and Distribution Center. This affidavit is made in support of an application for a federal search warrant to search a United States Priority Mail Parcel identified on August 25, 2014, described as follows:

| | |
|---|---|
| Addressee: | Hilman Residence<br>201 Moury Avenue Apt. 115<br>Atlanta, GA 30315 |
| Return Addressee: | LT Boswell Inc.<br>1401 U.S. 77 Business<br>San Benito, TX 78586 |
| Postmarked: | August 22, 2014 |
| Weight: | 1 Lbs. 11.7 Oz. |
| USPS Tracking# | 9114 9011 8986 6063 4636 92 |
| Office of Mailing: | Harlingen, TX |

5. The aforementioned parcel was initially deemed suspicious because its size, shape and appearance were consistent with parcels, previously identified in other investigations, which were

found to contain controlled substances. In addition, your Affiant researched the return address and identified it as a car dealership. Your Affiant telephonically spoke with an LT Boswell employee who stated they did not mail a parcel to the Hilman residence.

6. It is the experience of your Affiant, as well as many other police officers engaged in the investigation of narcotic offenses, that the odor of the narcotic escapes from packages containing narcotics and money representing proceeds of narcotics, handled by narcotic dealers, will retain traces of the narcotic. Therefore, the odor of the narcotics in packages and on the currency is many times detectable by narcotic detection canines.

7. On August 25, 2014 the aforementioned subject parcel was separately exposed to a narcotic detection canine named "SEM" at the U. S. Postal Inspection Service, McAllen Domicile, McAllen, TX. M. Huffman, Canine Officer, with the U. S. Border Patrol Service, handles "SEM". "SEM" is certified by the standards of the U. S. Border Patrol Service Canine Enforcement Program. "SEM" conducted an exterior examination of the above-described parcel and alerted to the presence of narcotics in the above mentioned Priority Mail Parcel.

8. Based on the facts set forth in this Affidavit, your Affiant believes there is probable cause to believe that the aforementioned subject Priority Mail Parcel contains narcotics, narcotic paraphernalia or proceeds from narcotic trafficking. Your Affiant, therefore, seeks the issuance of a search warrant for the seizure of this parcel, and the contents contained therein and any other evidence, fruits of crime, and instrumentalities, in violation of Title 21, United States Code, Sections 841 (a) (1), 843 (b), 846, 853(a), and 881 (a) (6).